**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   RICARDO VENEGAS   §   Case No.: 12-26452
         PILAR VENEGAS     §
                           §
         Debtor(s)         §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/30/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/01/2012.

6) Number of months from filing to the last payment: 2

7) Number of months case was pending: 4

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    44,050.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,386.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,386.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 821.24 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 58.34 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 879.58 |
| Attorney fees paid and disclosed by debtor | $ 1,152.25 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | UNSECURED | 264.00 | 272.20 | 272.20 | .00 | .00 |
| MIDLAND FUNDING LLC | UNSECURED | 667.00 | 779.25 | 779.25 | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 1,095.00 | 1,095.50 | 1,095.50 | .00 | .00 |
| HARRIS BANK NA | SECURED | 148,500.00 | .00 | .00 | .00 | .00 |
| HARRIS BANK NA | UNSECURED | 23,970.00 | NA | NA | .00 | .00 |
| BMO HARRIS BANK | SECURED | 100,817.00 | 100,940.57 | .00 | .00 | .00 |
| BMO HARRIS BANK | UNSECURED | 100,817.00 | .00 | 100,940.57 | .00 | .00 |
| MAZDA AMERICAN CREDI | SECURED | 9,929.00 | 12,370.83 | 12,370.83 | 506.42 | .00 |
| MAZDA AMERICAN CREDI | UNSECURED | 3,990.00 | NA | NA | .00 | .00 |
| RAVENWOOD OB/GYN | UNSECURED | 44.00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| ACL COLLECTION SVCS | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 478.68 | 474.52 | 474.52 | .00 | .00 |
| AMCA | UNSECURED | 339.25 | NA | NA | .00 | .00 |
| WESTERN FUNDING INC | UNSECURED | 7,730.00 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 378.00 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 214.00 | NA | NA | .00 | .00 |
| AMC ANSTHESIA | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 29,072.00 | 29,886.72 | 29,886.72 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 1,918.00 | NA | NA | .00 | .00 |
| BARRY KIRSCHENBAUM M | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| EDUARDO VILLA MD SC | UNSECURED | 30.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CERTIFIED SERVICES I | UNSECURED | 1,218.65 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 3,984.00 | NA | NA | .00 | .00 |
| DR DANIELO DEL CAMPO | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| DAVID E NISSAN MD | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RAVENSWOOD MEDICAL P | UNSECURED | 742.00 | NA | NA | .00 | .00 |
| SCH LABORATORY PHYSI | UNSECURED | 248.00 | NA | NA | .00 | .00 |
| EDITH KHURANA MD | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,214.60 | 2,086.36 | 2,086.36 | .00 | .00 |
| GEMB/SAMS CLUB | UNSECURED | 416.72 | NA | NA | .00 | .00 |
| HENRY I MEISELS MD | UNSECURED | 158.00 | NA | NA | .00 | .00 |
| ADVOCATE IL MASONIC | UNSECURED | 106.00 | NA | NA | .00 | .00 |
| ADVOCATE IL MASONIC | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ADVOCATE IL MASONIC | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| ADVOCATE IL MASONIC | UNSECURED | 88.00 | NA | NA | .00 | .00 |
| ADVOCATE IL MASONIC | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| INSOLVE RECOVERY | UNSECURED | 1,144.00 | 1,270.50 | 1,270.50 | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 227.00 | NA | NA | .00 | .00 |
| MITCHELL D BLUHM & A | UNSECURED | 1,096.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 3,984.09 | NA | NA | .00 | .00 |
| TODAY'S DENTISTRY | UNSECURED | 1,656.00 | NA | NA | .00 | .00 |
| DR NANCY WU | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| WESTERN FUNDING | UNSECURED | 6,275.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 12,370.83 | 506.42 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,370.83 | 506.42 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 136,805.62 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 879.58 |
| Disbursements to Creditors | $ | 506.42 |
| **TOTAL DISBURSEMENTS:** | $ | 1,386.00 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   10/17/2012            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**